UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EDGAR MEZA,<br><br>　　　　　　Defendant. | Case No.:CR20-246-RGK<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.　(X)　　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

　　　(X)　information in the Pretrial Services Report and Recommendation
　　　(X)　information in the violation petition and report(s)
　　　(X)　the defendant's nonobjection to detention at this time
　　　( )　other:

1

|    |    |    |    |
|----|----|----|----|
| 1  |    |    | and/ or |
| 2  | B. (X) |  | The defendant has not met his/her burden of establishing by clear and |
| 3  |    |    | convincing evidence that he/she is not likely to pose a danger to the safety |
| 4  |    |    | of any other person or the community if released under 18 U.S.C. |
| 5  |    |    | § 3142(b) or (c).  This finding is based on the following: |
| 6  |    | (X) | information in the Pretrial Services Report and Recommendation |
| 7  |    | (X) | information in the violation petition and report(s) |
| 8  |    | (X) | the defendant's nonobjection to detention at this time |
| 9  |    | ( ) | other: |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: November 30, 2020

_____
KENLY KIYA KATO
United States Magistrate Judge

2